1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIXBERTO P. REYES, | Case No. CV 12-1122-JVS (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| C.D.C, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 5.15.12

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1